FILED
CLERK. U.S. DISTRICT COURT

JUN - 5 2008

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH L. WAGNER,<br><br>                    Petitioner,<br><br>     v.<br><br>WARDEN,<br><br>                    Respondent. | NO. EDCV 06-00221-PA (MAN)<br><br><br>JUDGMENT |

Pursuant to the Court's Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that this action is dismissed with prejudice.

DATED:   *May 31, 2008* .

_____
PERCY ANDERSON
UNITED STATES DISTRICT JUDGE